FILED

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

JUL 1 1 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD J. TAYLOR,

Defendant.

WAIVER OF INDICTMENT

CASE NUMBER: 4: 13 CR 297 RWS

I, Richard J. Taylor, the above named defendant, who is accused of introducing adulterated drugs into interstate commerce in violation of Title 21, United States Code, Sections 331 and 333, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on __July 11, 2013__ prosecution by Indictment and consent that the proceeding may be by Information rather than Indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
            Judicial Officer