UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
__EASTERN__ DIVISION

FILED
JUL 1 1 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| | ) **4:13CR00297 RWS** |
| v. | ) Case No. 0865 PH00012625-1- RWS |
| RICHARD JEFFERY TAYLOR | ) |
| Defendant. | ) |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, _____Laura G. Hoey_____, move to be admitted pro hac vice to the bar of this court for the purpose of representing ___Richard Taylor___ in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
 Laura G. Hoey
(b) Address, telephone number and fax number of the movant-attorney;
 191 N. Wacker Dr., Chicago, IL 60606  3128451318  3128455562
(c) Name of the firm or letterhead under which the movant practices;
 Ropes & Gray
(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
 Yale Law School, 2001
(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;
 IL, 01/31/2012, #6307486; MA, 1/23/2002, #650643
(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant